# 650    APPELLATE COURTS OF ILLINOIS.

National Bank of the Republic of Chicago, appellee, v. John T. Janette and Mamie Janette, appellants.    Gen. No. 24,270.
Appeal from the Municipal Court of Chicago; the Hon. Harry P. Dolan, Judge, presiding.    Heard in this court at the March term, 1918.    Affirmed for insufficiency of abstract.    Opinion filed October 1, 1918.

    L. A. Gilmore, for appellants.    Frederic A. Fischel, for appellee.
    Mr. Justice Holdom delivered the opinion of the court.

---

Bertha Haehnlein, plaintiff in error, v. Chicago Railways Company, defendant in error.    Gen. No. 24,056.
Action by passenger to recover for personal injuries claimed to have been sustained in alighting, by fall of guardrail.    Judgment for defendant.    Error to the Circuit Court of Cook county; the Hon. Richard S. Tuthill, Judge, presiding.    Heard in this court at the March term, 1918.    Affirmed.    Opinion filed October 1, 1918.

    Tatge & Tatge and Robert F. Kolb, for plaintiff in error; Frank Ingraffia, of counsel.    Joseph D. Ryan and Watson J. Ferry, for defendant in error; W. W. Gurley and J. R. Guilliams, of counsel.
    Mr. Justice McSurely delivered the opinion of the court.

---

Ralph C. Hauf and Carrie Hauf, appellants, v. Harold N. Buckley, appellee.    Gen. No. 24,077.
Action to recover rent under a lease and damage to premises caused by abandonment.    Judgment for defendant.    Appeal from the County Court of Cook county; the Hon. J. J. Cooke, Judge, presiding. Heard in this court at the March term, 1918.    Reversed and remanded.    Opinion filed October 1, 1918.

    Frederick Peake, for appellants.    Joseph M. Griffen, for appellee.
    Mr. Justice McSurely delivered the opinion of the court.

---

J. Rayner, appellee, v. Joseph F. Sturdy, appellant.    Gen. No. 24,097.
Action on note covered by composition agreement.    Judgment for plaintiff.    Appeal from the Municipal Court of Chicago; the Hon. Sheridan E. Fry, Judge, presiding.    Heard in this court at the March term, 1918.    Reversed and judgment here.    Opinion filed October 1, 1918.

    Winston, Strawn & Shaw, for appellant; George A. Kelly, of counsel.    Bither & Goff, for appellee.
    Mr. Justice McSurely delivered the opinion of the court.

---

Clarence W. Dunoon and Beulah E. Dunoon, appellees, v. Charles O. Race and Allen A. Parsons, appellants.    Gen. No. 24,152.
Trover to recover for conversion of household goods.    Judgment for plaintiffs.    Appeal from the Municipal Court of Chicago; the Hon. John Richardson, Judge, presiding.    Heard in this court at the March term, 1918.    Reversed and judgment here.    Opinion filed October 1, 1918.

    Fred H. Atwood, Charles O. Loucks and Vernon R. Loucks, for appellants; Geary V. Stibgen, of counsel.    Edward L. England, for appellees.
    Mr. Justice McSurely delivered the opinion of the court.